UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X
:
*In Re:* MUNICIPAL DERIVATIVES      :    MDL No. 1950
*ANTITRUST LITIGATION*               :
:    Master Docket No.
-------------------------------------------------X    08-cv-2516 (VM)(JCF)
:
THIS DOCUMENT RELATES TO:            :
:    **NOTICE OF APPEARANCE**
ALL ACTIONS                          :
:
-------------------------------------------------X

      Pursuant to the Orders signed by the Honorable Victor Marrero in this proceeding on July 15, 2008 and July 17, 2008, I hereby enter my appearance *pro hac vice* as counsel in this case for Plaintiffs, The State of Mississippi and Hinds County, Mississippi. Attached hereto please find a Certificate of Good Standing issued by the Clerk of the United States District Court for the District of Columbia on July 18, 2008.

Dated: Washington, D.C.
~~July~~ 4, 2008
Aug.

                                **BOIES SCHILLER & FLEXNER LLP**

                                By: _____
                                    William Isaacson

                                5301 Wisconsin Avenue, NW
                                Suite 800
                                Washington, D.C. 20015
                                (202) 237-2727

                                *Attorneys for Plaintiffs The State of Mississippi*
                                *And Hinds County, Mississippi*

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

### WILLIAM   ISAACSON

was, on the  5th  day of  December  A.D.  1988  admitted to practice as an  Attorney at  Law at the Bar of this Court, and is, according to the records of  this Court, a member of said  Bar in good standing.

In Testimony  Whereof, I hereunto subscribe my name and affix the seal of said Court in  the City of  Washington this  18th  day of  July  A.D. 2008.

**NANCY M. MAYER-WHITTINGTON**, CLERK

By: _____
Deputy Clerk

