UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In Re MUNICIPAL DERIVATIVES       :
ANTITRUST LITIGATION              :   MDL No. 1950
                                  :   Master Docket No. 08-02516 (VM)(JCF)
                                  :
                                  :   AFFIDAVIT OF SERVICE
THIS DOCUMENT RELATES TO:         :
ALL ACTIONS                       :
------------------------------------------------------X

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

       JEANETTE ARIOLA, being duly sworn, deposes and states:

       I am not a party to this proceeding, am over 18 years of age and am employed by Schulte Roth & Zabel LLP.

       On August 7, 2008, deponent served the Notice of Appearance of Harry S. Davis upon the following at the addresses designated for that purpose:

SEE ATTACHED LIST

       Said service was made by depositing true copies of said documents, enclosed in post-paid sealed wrappers, properly addressed, and deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
JEANETTE ARIOLA

Sworn to before me this
7th day of August, 2008.

_____
Notary Public

PATRICIA A. BOTTI
Notary Public, State of New York
No. 01BO4984062
Qualified in New York County
Commission Expires July 15, 2011

10728449.1

Andrew Kingsdale
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

David Eggert
Arnold & Porter, LLP (DC)
555 Twelfth Street, N.W.
Washington, DC 20004

Douglas L. Wald
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Eric B. Fastiff
Lieff, Cabraser, Heiman & Bernstein, L.L.P.
275 Battery Street
San Francisco, CA 94111-3339

H. Lee Godfrey
Susman Godfrey LLP(TX)
1000 Louisiana Street
Suite 5100
Houston, TX 77002

Marc M. Seltzer
Susman Godfrey, L.L.P.
1901 Avenue of the Stars
Suite 950
Los Angeles, CA 90067-6029

Michael W, Byrne
Brownstein, Hyatt & Farber, P.C
410 Seventeenth Street, 22nd Floor
Denver, CO 80202

Precious Tyrone Martin
Sercarz & Riopelle, L.L.P.
152 West 57th Street
24th Floor
New York, NY 10019

1728437.1

Richard M. Heimann
Lieff, Cabraser, Heimann & Bernstein, L.L.P.
275 Battery Street
30th Floor
San Francisco, CA 94111

William A. Isaacson
Boies, Schiller & Flexner L.L.P.
5301 Wisconsin Avenue, N.W.
Suite 800
Washington, DC 20015

C. Andrew Dirksen
Gold, Bennett, Cera, & Sidener, LLP
595 Markeet Street
Suite 2300
San Francisco, CA 94105-2835

Christopher Cormier
Cohen, Milstein, Hausfeld & Toll, PLLC (DC)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005

Christopher L. Lebsock
Cohen, Milstein, Hausfeld & Toll, PLLC
One Embarcadero Center
Suite 2440
San Francisco, CA 94111

Craig T. Stewart
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022

Gerald J. Rodos
Barrack, Rodos & Bacine
Suite 2100
3300 Two Commerce Square
Philadelphia, PA 19103

Jon King
Cohen, Milstein, Hausfeld & Toll, PLLC
One Embarcadero Center
Suite 2440
San Francisco, CA 94111

| | |
|---|---|
| Laurence S. Berman<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106 | Mark J. Botti<br>Akin, Gump, Strauss, Hauer & Feld, LLP (DC)<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036 |
| Megan E. Jones<br>Cohen, Milstein, Hausfeld & Toll, PLLC (DC)<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC 20005 | Michael D. Hausfeld<br>Cohen, Millstein, Hausfeld & Toll P.L.L.C.<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, DC 20005 |
| Paul F. Bennett<br>Gold Bennett Cera & Sidener, LLP<br>595 Market Street<br>2300<br>San Francisco, CA 94105-2835 | Ricahrd A. Koffman<br>Cohen, Milstein, Hausfeld & Toll, PLLC<br>West Tower, Suite 500<br>1100 New York Avenue, North West<br>Washington, DC 20005 |
| Steven O. Sidener<br>Gold, Bennett, Cera & Sidener L.L.P.<br>595 Market Street<br>Suite 2300<br>San Francisco, CA 94105-2835 | Vincent J. Esades<br>Heins Mills & Olson, P.L.C.<br>3550 IDS Center<br>310 Clifton Avenue<br>Minneapolis, MN 55403 |

0728437.1