UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re MUNICIPAL DERIVATIVES           :
ANTITRUST LITIGATION                         :     MDL No. 1950
                                                              :     Master Docket No. 08-02516 (VM)(JCF)
                                                              :
                                                              :     AFFIDAVIT OF SERVICE
                                                              :
THIS DOCUMENT RELATES TO:         :
ALL ACTIONS                                         :
-----------------------------------------------------------X

STATE OF NEW YORK      )
                                            )   ss.:
COUNTY OF NEW YORK  )

  JEANETTE ARIOLA, being duly sworn, deposes and states:

  I am not a party to this proceeding, am over 18 years of age and am employed by Schulte Roth & Zabel LLP.

  On August 7, 2008, deponent served the Notice of Appearance of Taleah E. Jennings upon the following at the addresses designated for that purpose:

SEE ATTACHED LIST

  Said service was made by depositing true copies of said documents, enclosed in post-paid sealed wrappers, properly addressed, and deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
JEANETTE ARIOLA

Sworn to before me this
7th day of August, 2008.

_____
Notary Public

PATRICIA A. BOTTI
Notary Public, State of New York
No. 01BO4984082
Qualified in New York County
Commission Expires July 15, 2011

10728449.1

| | |
|---|---|
| Andrew Kingsdale<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339 | David Eggert<br>Arnold & Porter, LLP (DC)<br>555 Twelfth Street, N.W.<br>Washington, DC 20004 |
| Douglas L. Wald<br>Arnold & Porter LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004 | Eric B. Fastiff<br>Lieff, Cabraser, Heiman & Bernstein, L.L.P.<br>275 Battery Street<br>San Francisco, CA 94111-3339 |
| H. Lee Godfrey<br>Susman Godfrey LLP(TX)<br>1000 Louisiana Street<br>Suite 5100<br>Houston, TX 77002 | Marc M. Seltzer<br>Susman Godfrey, L.L.P.<br>1901 Avenue of the Stars<br>Suite 950<br>Los Angeles, CA 90067-6029 |
| Michael W, Byrne<br>Brownstein, Hyatt & Farber, P.C<br>410 Seventeenth Street, 22nd Floor<br>Denver, CO 80202 | Precious Tyrone Martin<br>Sercarz & Riopelle, L.L.P.<br>152 West 57th Street<br>24th Floor<br>New York, NY 10019 |

| | |
|---|---|
| Richard M. Heimann<br>Lieff, Cabraser, Heimann & Bernstein, L.L.P.<br>275 Battery Street<br>30th Floor<br>San Francisco, CA 94111 | William A. Isaacson<br>Boies, Schiller & Flexner L.L.P.<br>5301 Wisconsin Avenue, N.W.<br>Suite 800<br>Washington, DC 20015 |
| C. Andrew Dirksen<br>Gold, Bennett, Cera, & Sidener, LLP<br>595 Markeet Street<br>Suite 2300<br>San Francisco, CA 94105-2835 | Christopher Cormier<br>Cohen, Milstein, Hausfeld & Toll, PLLC (DC)<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC 20005 |
| Christopher L. Lebsock<br>Cohen, Milstein, Hausfeld & Toll, PLLC<br>One Embarcadero Center<br>Suite 2440<br>San Francisco, CA 94111 | Craig T. Stewart<br>Arnold & Porter, LLP<br>399 Park Avenue<br>New York, NY 10022 |
| Gerald J. Rodos<br>Barrack, Rodos & Bacine<br>Suite 2100<br>3300 Two Commerce Square<br>Philadelphia, PA 19103 | Jon King<br>Cohen, Milstein, Hausfeld & Toll, PLLC<br>One Embarcadero Center<br>Suite 2440<br>San Francisco, CA 94111 |

0728437.1

Laurence S. Berman
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Mark J. Botti
Akin, Gump, Strauss, Hauer & Feld, LLP (DC)
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036

Megan E. Jones
Cohen, Milstein, Hausfeld & Toll, PLLC (DC)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005

Michael D. Hausfeld
Cohen, Millstein, Hausfeld & Toll P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

Paul F. Bennett
Gold Bennett Cera & Sidener, LLP
595 Market Street
2300
San Francisco, CA 94105-2835

Ricahrd A. Koffman
Cohen, Milstein, Hausfeld & Toll, PLLC
West Tower, Suite 500
1100 New York Avenue, North West
Washington, DC 20005

Steven O. Sidener
Gold, Bennett, Cera & Sidener L.L.P.
595 Market Street
Suite 2300
San Francisco, CA 94105-2835

Vincent J. Esades
Heins Mills & Olson, P.L.C.
3550 IDS Center
310 Clifton Avenue
Minneapolis, MN 55403

1728437.1