DOC # _____197_

SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



U.S. DISTRICT COURT FILED AUG 08 2008 S.D. OF N.Y.

| IN RE: MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL NO. 1950 Master Docket No. 08-cv-2516 (VM)(JCF) |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS | NOTICE OF APPEARANCE |

Pursuant to the Orders signed by the Honorable Victor Marrero in this proceeding on July 15, 2008 and July 17, 2008, I hereby enter the appearance of Arnold Levin and Laurence S. Berman *pro hac vice* as counsel for plaintiff Fairfax County, Virginia in this matter. Attached hereto please find Certificates of Good Standing for both Mr. Levin and Mr. Berman.

Dated: August 6, 2008

**LEVIN, FISHBEIN, SEDRAN & BERMAN**

BY: _____
Arnold Levin, Esquire
Laurence S. Berman, Esquire
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
(215) 592-1500 (phone)
(215) 592-4663 (fax)

**ATTORNEYS FOR PLAINTIFF FAIRFAX COUNTY, VIRGINIA**



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## *Arnold Levin, Esq.*

### DATE OF ADMISSION

### *November 16, 1964*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  August 1, 2008

John W. Person, Jr., Esq.
Deputy Prothonotary



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Laurence S. Berman, Esq.*

**DATE OF ADMISSION**

*December 13, 1977*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: August 1, 2008**

John W. Person, Jr., Esq.
Deputy Prothonotary